FILED
CLERK, U.S. DISTRICT COURT

January 6, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PORTIA MASON,

Plaintiff,

v.

ALDEA DESIGN, INC. et al.,

Defendants.

Case No. 2:21-cv-07823-SB-PVC

**FINAL JUDGMENT**

For the reasons set forth in the separate Order Granting Motion for Default Judgment, it is

ORDERED AND ADJUDGED that Plaintiff Portia Mason shall have and recover from Defendant Aldea Design, Inc. the sum of $4,000 in statutory damages, $2,000 in attorneys' fees, and $440 in costs, for a total award of $6,440.  It is further

ORDERED AND ADJUDGED that Defendant shall:

(1)    Modify its website (https://aldea.home.com) to achieve substantial conformance with Web Content Accessibility Guidelines (WCAG) 2.1 within 24 months of entry of judgment; and

(2)    Adopt and implement a website accessibility policy within 180 days of entry of judgment whereby any changes or additions to the website will substantially conform with WCAG 2.1.

**This is a Final Judgment.**

Dated: January 6, 2022

_____

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE